MARCH 24, 1939

No. 4548.— ——*United States* v. *Arkell Safety Bag Co.* Entered at New York. Reap. Dec. 4513. Motion by appellee.